**Order entered January 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-01050-CV

## I-90 COLD STORAGE, INC. AND KIM R. SMITH, Appellants

## V.

## STELLAR RESTORATION SERVICES, LLC, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04465-2020**

### ORDER

Before the Court is appellants' January 4, 2021 motion for an extension of time to file their brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellants on January 4, 2021 filed as of the date of this order.

/s/    KEN MOLBERG
       JUSTICE